SALLIE D. HOLDERFIELD v. GEORGE ROSS POU, P. A. HODGES, AND K. B. JONES.

(Filed 22 January, 1936.)

**Appeal and Error J d—**

    Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

DEVIN, J., took no part in the consideration or decision of this case.

NONSUIT as to the defendant Pou and no appeal. Appeal by defendants Hodges and Jones from judgment based upon adverse verdict before *Daniels, Emergency Judge,* at March Term, 1935, of WAKE. Affirmed.

This is a civil action for damages alleged to have been caused by trespass upon the family burying ground of the plaintiff's deceased father.

*Albert Doub and J. W. Templeton for plaintiff, appellee.*
*Charles Ross and E. A. Adams for defendants, appellants.*

PER CURIAM. The Court being evenly divided in opinion, one of its members, *Justice Devin,* not sitting, the judgment of the Superior Court is affirmed and stands as the decision in this action without becoming a precedent. *Nebel v. Nebel,* 201 N. C., 840, and cases there cited.

Affirmed.

DEVIN, J., took no part in the consideration or decision of this case.